# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# HARRISON DIVISION

**KEVIN RAY PRUITT**                                                                    **PLAINTIFF**

      **v.**                  Civil No. 06-3047

**WES GLADDEN and RANDALL
KEELE, POLICE OFFICERS FOR
THE CITY OF EUREKA SPRINGS,
ARKANSAS, each in their official
and individual capacities**                                        **DEFENDANTS**

## O R D E R

Now on this 21st day of August, 2006, comes on for consideration the **Motion To Intervene** (document #7) of Jill Jacoway, Chapter 7 Bankruptcy Trustee for plaintiff, and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**.

**IT IS SO ORDERED.**

                                                     /s/ Jimm Larry Hendren
                                                     **JIMM LARRY HENDREN**
                                                     **UNITED STATES DISTRICT JUDGE**