```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   HARRISON DIVISION
```

**KEVIN RAY PRUITT**                                             **PLAINTIFF**

      **v.**           **Civil No. 06-3047**

**WES GLADDEN and RANDALL
KEELE, POLICE OFFICERS FOR
THE CITY OF EUREKA SPRINGS,
ARKANSAS, each in their official
and individual capacities**                                     **DEFENDANTS**

## O R D E R

Now on this 8th day of December, 2006, comes on for consideration the parties' **Joint Motion To Dismiss With Prejudice** (document #11), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and this matter is **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                             **JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**